1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                        CENTRAL DISTRICT OF CALIFORNIA

10

11   TINA MONSIVAIS,                          Case No. 2:21-cv-07762-JVS (SHK)

12                         Petitioner,

13              v.                            **ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

14   MONA D. HOUSTON, Warden,

15                         Respondent.

16

17

18         Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the

19   relevant records on file, and the Amended Report and Recommendation of the

20   United States Magistrate Judge.  No objections have been filed.  The Court accepts

21   the findings and recommendation of the Magistrate Judge.

22         IT IS THEREFORE ORDERED that the Petition is DENIED and that

23   Judgment be entered DISMISSING this action with prejudice.

24

25

26   Dated: August 19, 2022

27                                            HONORABLE JAMES V. SELNA
                                             United States District Judge

28