JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA MONSIVAIS, | Case No. 2:21-cv-07762-JVS (SHK) |
| Petitioner, | **JUDGMENT** |
| v. | |
| MONA D. HOUSTON, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is DISMISSED with prejudice.

Dated: August 19, 2022

HONORABLE JAMES V. SELNA
United States District Judge